NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-1190**

**EDGEL DAVIS "E.D." LEWIS**

**VERSUS**

**CERTAINTEED CORPORATION, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-94-343
HONORABLE STUART S. KAY  JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.

**AFFIRMED AS AMENDED.**

**Gregory W. Belfour**
**Attorney at Law**
**P. O. Box 1930**
**Lake Charles, LA 70602**
**(337) 439-8315**
**Counsel for Defendant/Appellee:**
        **Tenneco, Inc.**

**Robert Howard Cooper**
**Blue, Williams & Buckley**
**3421 N. Causeway Blvd., 9th Floor**
**Metairie, LA 70002**
**(504) 523-2650**
**Counsel for Defendant/Appellee:**
        **Babcock & Wilcox**

**William J. Hamlin**
**William C. Ellison**
**Avery Lea Griffin**
**Barbara L. Bourgeois**
**Bordelon, Hamlin & Theriot**
**701 South Peters Street, Suite 100**
**New Orleans, LA 70130**
**(504) 524-5328**
**Counsel for Defendant/Appellee:**
    **International Paper Company**

**Stephen B. Murray**
**Julie A. Ardoin**
**Murray Law Firm**
**909 Poydras Street, Suite 2550**
**New Orleans, LA 70112**
**(504) 525-8100**
**Counsel for Plaintiff/Appellant:**
    **Edgel Davis "E.D." Lewis**

**Kenneth R. Spears**
**Swift, Spears, & Harper**
**P.O. Box 1810**
**Lake Charles, LA 70602**
**(337) 433-0707**
**Counsel for Defendant/Appellee:**
    **Shell Oil Company**

**Maria Isabel O'Byrne Stephenson**
**#2 Canal Street**
**905 World Trade Center**
**New Orleans, LA 70130**
**(504) 523-6496**
**Counsel for Defendant/Appellee:**
    **Rockwool Manufacturing Co., Inc.**

**Arthur Wendel Stout, III**
**Deutsch, Kerrigan & Stiles, LLP**
**755 Magazine Street**
**New Orleans, LA 70130**
**(504) 581-5141**
**Counsel for Defendant/Appellee:**
    **Certainteed Corporation**

**Larry Gene Canada**
**Attorney at Law**
**701 Poydras, Suite 4040**
**New Orleans, LA 70139-4003**
**(504) 525-6802**
**Counsel for Defendant/Appellee:**
    **Combustion Engineering, Inc.**

**Robert Edgar Caraway, III**
**Attorney at Law**
**201 St. Charles Avenue, Suite 4240**
**New Orleans, LA 70170-4240**
**(504) 582-1142**
**Counsel for Defendant/Appellee:**
**John Crane, Inc.**

**Randall DeWayne Collins**
**Stevens, Balbo & Freeman**
**P.O. Box 4950**
**Beaumont, TX 77704-4950**
**(409) 838-6410**
**Counsel for Defendant/Appellee:**
**Pittsburgh Corning Corp.**

**David E. Redmann, Jr.**
**Aultman, Tyner, et al.**
**400 Poydras Street**
**New Orleans, LA 70130**
**(504) 528-9616**
**Counsel for  Defendant/Appellee:**
**Garlock, Inc.**

**Sarah E.  Iiams**
**Michele D.  Allen-Hart**
**Ernest G.  Foundas**
**Demarcus J.  Gordon**
**Jennifer D.  Edie**
**Abbott, Simses & Kuchler, APLC**
**400 Lafayette Street, Suite 200**
**New Orleans, LA 70130**
**(504) 568-9393**
**Counsel for Defendant/Appellee:**
**Union Carbide Corporation**